IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

| | |
|---|---|
| THE SEMINOLE TRIBE OF FLORIDA,<br>*Plaintiff*,<br>v.<br>DRAFTKINGS, INC., JASON ROBINS, and GUS III LLC d/b/a DRAFTKINGS PREDICTIONS,<br>*Defendants*. | Case No. CACE-26-016435 |

**NOTICE OF FILING NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that Defendants DraftKings Inc., GUS III LLC (d/b/a DraftKings Predictions), and Jason Robins (collectively, "Defendants") filed a Notice of Removal of this action in the United States District Court for the Southern District of Florida, Fort Lauderdale Division, under 28 U.S.C. §§ 1331, 1362, 1441(a), 1442(a), and 1446. A copy of the Notice of Removal, without exhibits, is attached as Exhibit A and filed herewith.

Under 28 U.S.C. § 1446(d), the filing of a copy of the Notice of Removal with this Court "shall effect the removal," and this Court "shall proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d). Accordingly, no further proceedings should be held in this matter in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida.

Dated: November 9, 2026

Respectfully submitted,

*/s/ Joseph W. Jacquot*
George S. Lemieux (Fla. Bar No. 16403)
GUNSTER, YOAKLEY & STEWART, P.A.
450 E. Las Olas Blvd., Suite. 1400
Fort Lauderdale, Florida 33301
Telephone: (954) 462-2000
Primary: glemieux@gunster.com
Secondary: rbelons@gunster.com

Joseph W. Jacquot (Fla. Bar No. 189715)
GUNSTER, YOAKLEY & STEWART, P.A.
1 Independent Drive, Suite 2300
Jacksonville, Florida 32202
Telephone: (904) 354-1980
Primary: jjacquot@gunster.com
Secondary: wpruim@gunster.com

Orin Snyder*
GIBSON DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
osnyder@gibsondunn.com

Jacob T. Spencer*
Adam I. Steene*
Abby H. Walters*
GIBSON DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
jspencer@gibsondunn.com
asteene@gibsondunn.com
ahwalters@gibsondunn.com

Richard Patch*
Charmaine G. Yu*
Sarah Paterson*
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104
Telephone: (415) 391-4800

**Applications for pro hac vice admission forthcoming*

*Attorneys for Defendants DraftKings Inc., GUS III LLC, and Jason Robins*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 9, 2026, the foregoing was electronically filed with the Clerk of Court through the Florida Courts E-Filing Portal, which will serve a copy by electronic mail on all counsel of record, and that a copy was also served by electronic mail on:

Jason D. Sternberg
Erica L. Perdomo
QUINN EMANUEL URQUHART & SULLIVAN, LLP
2601 South Bayshore Drive, Suite 1550
Miami, Florida 33133
jasonsternberg@quinnemanuel.com
ericaperdomo@quinnemanuel.com

Derek L. Shaffer
Keith H. Forst
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 13th Street NW, Suite 600
Washington, D.C. 20004
derekshaffer@quinnemanuel.com
keithforst@quinnemanuel.com

Alex H. Loomis
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, Massachusetts 02199
alexloomis@quinnemanuel.com

B. Dylan Proctor
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
dylanproctor@quinnemanuel.com

Joseph H. Webster
Jens W. Camp
HOBBS, STRAUS, DEAN & WALKER, LLP
1899 L Street NW, Suite 1200
Washington, D.C. 20036
jwebster@hobbsstraus.com

*Attorneys for Plaintiff the Seminole Tribe of Florida*

*/s/ Joseph W. Jacquot*
Joseph W. Jacquot